UNITED STATES DISTRICT COURT Eastern District of Kentucky
EASTERN DISTRICT OF KENTUCKY    **FILED**
SOUTHERN DIVISION
PIKEVILLE                         NOV 0 6 2008

UNITED STATES OF AMERICA

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

V.                                      INDICTMENT NO. _08 c r 31-ART_

MARION WADE MARTIN

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 18 U.S.C. § 922(g)(1)

On or about July 17, 2006, in Knott County, in the Eastern District of Kentucky,

**MARION WADE MARTIN,**

having been convicted in a court of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess in and affecting commerce four firearms, to

wit: a Smith & Wesson, Model 38 Airweight, .38 Special revolver; a Charter Arms

Corporation, Model Pathfinder, .22 caliber revolver; a Glock, Model 19, 9 mm pistol; and

a Rohm, Model RG-10, .22 caliber revolver; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2
### 21 U.S.C. § 844(a)

On or about July 17, 2006, in Knott County, in the Eastern District of Kentucky,

**MARION WADE MARTIN**

did knowingly and intentionally possess a mixture and substance containing cocaine, a

Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a).

## COUNT 3
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

By virtue of the commission of the felony offense charged in Count 1 of this

Indictment, the United States seeks forfeiture of property including, but not limited to, the

following:

**FIREARMS AND AMMUNITION:**

1. A Smith & Wesson, Model 38 Airweight, .38 Special revolver, serial number 358785,

2. A Charter Arms Corporation, Model Pathfinder, .22 caliber revolver, serial number 412537,

3. A Glock, Model 19, 9 mm pistol, serial number SW626,

4. A Rohm, Model RG-10, .22 caliber revolver, serial number 1322407,

5. Five Remington .22 caliber cartridges,

6. Five Remington .38 Special cartridges,

7. Forty-three assorted 9 mm cartridges,

8. Two Glock 9 mm 15-round magazines, and

9. One 9 mm 10-round magazine.

Any and all interest **MARION WADE MARTIN** has in the above-described property is

vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28

U.S.C. § 2461.

## COUNT 4
### 21 U.S.C. § 841(a)(1)

On or about January 18, 2008, in Floyd County, in the Eastern District of

Kentucky,

### MARION WADE MARTIN

did knowingly and intentionally distribute a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. §

841(a)(1).

## COUNT 5
### 21 U.S.C. § 841(a)(1)

On or about July 15, 2008, in Floyd County, in the Eastern District of

Kentucky,

### MARION WADE MARTIN

did knowingly and intentionally distribute a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. §

841(a)(1).

**A TRUE BILL**

*Katrina Luttrell*
**FOREPERSON**

*James Zerhusen*
JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

3

## PENALTIES

**COUNT 1:**    Not more than 5 years imprisonment, $250,000 fine, and not less than 2 years supervised release.

**COUNT 2:**    Not more than 10 years imprisonment, $250,000 fine, and not more than three years of supervised release.

**COUNT 3:**    Forfeiture of all listed property.

**COUNTS 4 - 5:**    Not more than 20 years imprisonment, not more than a $1,000,000 fine, and not less than 3 years supervised release.

**If a prior drug conviction**:  Not more than 30 years imprisonment, not more than a $2,000,000 fine, and not less than 6 years supervised release.

**PLUS:**    Mandatory special assessment of $100 per felony count.

**PLUS:**    Restitution, if applicable.

4