# Criminal
# Case Assignment

Case number **7:08CR-31**

Assigned : Judge Amul R Thapar
Judge Code : 4317

Assigned on 11/06/2008

[ Request New Judge ]