Eastern District of Kentucky
FILED

NOV 06 2008

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**CRIMINAL ACTION NO.** 08cr31-ART

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER FOR ISSUANCE OF ARREST WARRANT**

**MARION WADE MARTIN** **DEFENDANT**

* * * * *

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, MARION WADE MARTIN.

On this 6th day of November, 2008.

UNITED STATES MAGISTRATE JUDGE

Copies: United States Marshal
United States Probation
J. Hamilton Thompson, Assistant United States Attorney