PROB 12C
(11/2012)

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky

**FILED**

for

OCT - 2 2014

## EASTERN DISTRICT OF KENTUCKY

AT COVINGTON
ROBERT R. CARR
CLERK U S DISTRICT COURT

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Marion Wade Martin                    Case Number:     7:08-CR-31-ART

Name of Sentencing Judicial Officer:    Amul R. Thapar, U.S. District Judge

Date of Original Sentence:    8/12/2009

Original Offense:    Felon in Possession of Firearms in violation of Title 18 U.S.C. § 922(g)(1) and Distribution of Cocaine in violation of Title 21 U.S.C. § 841

Original Sentence:    sixty months imprisonment; three years supervised release

Type of Supervision:   Supervised Release        Date Supervision Commenced:   12/28/2012

Assistant U.S. Attorney:    J. Hamilton Thompson        Defense Attorney:    Charles Kelley Kilgore

### PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Condition | Nature of Noncompliance |
|---|---|---|
| 1 | The defendant shall not commit another, federal, state, or local crime | The defendant was in possession of cocaine |
| 2 | The defendant shall not commit another, federal, state, or local crime | The defendant was in possession of suboxone |
| 3 | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | The defendant made un-truthful statements and failed to report to the probation office as directed |
| 4 | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, | The defendant tested positive for cocaine and suboxone. |

Honorable Amul R. Thapar
U.S. District Judge
September 30, 2014
Page 2

RE: **Martin, Marion Wade**
   Dkt. # 7:08-CR-31-ART
   **PROB 12C**

|  |  |  |
|---|---|---|
|  | distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |  |
| 5 | The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any persons convicted of a felony, unless granted permission to do so by the probation officer. | The defendant was associating with and individual involved in the trafficking of cocaine and suboxone. |
| 6 | The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release | The defendant reported back to the probation office so the sweat patch could be collected. However, the sweat patch was not on his arm. He advised he did not know what happened to it. |

U.S. Probation Officer Recommendation:

☒   The term of supervision should be

☒   revoked.

☐   extended for _____ years, for a total term of _____ years.

☐   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/30/2014

*Roger Varney*

Roger Varney
U.S. Probation Officer

Honorable Amul R. Thapar
U.S. District Judge
September 30, 2014
**Page 3**

RE: **Martin, Marion Wade**
    **Dkt. # 7:08-CR-31-ART**
    <u>**PROB 12C**</u>

---

THE COURT ORDERS:

☐ No action.

☑ The issuance of a warrant (**matter sealed pending arrest**).

☐ The issuance of a summons.

☐ Other

                                                    Signature of Judicial Officer

                             10/2/14

                                                          Date