**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

**FILED**
**MAY 26, 2017**

**GENERAL ORDER NO. 17-04**

**IN RE: COVINGTON AND PIKEVILLE PENDING CRIMINAL MATTERS ASSIGNED TO THE HONORABLE JUDGE AMUL THAPAR**

# ORDER

Effective May 26, 2017, **IT IS ORDERED** that pending criminal matters assigned to Judge Amul Thapar on the Covington and Pikeville dockets shall be **REASSIGNED** for further proceedings as follows:

1. The Clerk is **DIRECTED** to **REASSIGN** Judge Thapar's pending criminal matters on the Covington docket to Judge David L. Bunning.

2. The Clerk is **DIRECTED** to **REASSIGN** Judge Thapar's pending criminal matters on the Pikeville docket to Chief Judge Karen K. Caldwell.

3. The Clerk is **DIRECTED** to **FILE** a copy of this Order in each appropriate case with a copy to all counsel of record.

Dated this 26th day of May, 2017

Karen K. Caldwell

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY