PROB 12C
(5/2015)

Eastern District of Kentucky
**FILED**

JUL 12 2017

A1 PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF KENTUCKY

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender:   Marion Wade Martin                 Case Number:   7:08-CR-31-ART-1

Name of Sentencing Judicial Officer:    Amul R Thapar U.S. District Judge

Date of Original Sentence:   8/12/2009

Original Offense:   Felon in Possession of Firearms in violation of Title 18 U.S.C. § 922(g)(1) and Distribution of Cocaine in violation of Title 21 U.S.C. § 841

Original Sentence:   60 months imprisonment; 3 years supervised release

Type of Supervision:    Supervised Release        Date Supervision Commenced:   5/13/2016

Asst. U.S. Attorney:   J. Hamilton Thompson        Defense Attorney:   Charles Kelley Kilgore

---

### PETITIONING THE COURT

☒   To issue a warrant

☐   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | Use and possession of a controlled substance |
| 2 | Violation of federal, state, or local law |
| 3 | Failure to participate in a substance abuse program |

U.S. Probation Officer Recommendation:

☒   The term of supervision should be:

☒   Revoked.

July 11, 2017
Page 2

RE: **Martin, Marion Wade**
    **Dkt. #7:08-CR-31-ART-1**
    <u>**PROB 12C**</u>

    ☐  Extended for _____ years, for a total term of _____ years.

☐  The conditions of supervision should be modified as follows:

                   I declare under penalty of perjury that the foregoing is true and correct.

                         Executed on 7/11/2017

                         Travis O'Bryan
                         U.S. Probation Officer

---

THE COURT ORDERS:

☐  No Action.

☑  The Issuance of a Warrant (**Matter Sealed Pending Arrest**).

☐  The Issuance of a Summons.

☐  Refer to presiding Magistrate Judge for hearing and preparation
    of a Report and Recommendation.

☐  Forward a copy of violation report to U.S. Attorney's Office.

☐  Other

Signed By:
Edward B. Atkins
United States Magistrate Judge
_____
Signature of Judicial Officer

7-12-17
_____
Date