AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky – Southern Division at Pikeville

**Eastern District of Kentucky**
**FILED**

AUG - 1 2017

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. | **Judgment in a Criminal Case** <br> (For **Revocation** of Probation or Supervised Release) |
| Marion Wade Martin | Case No.    7:08-CR-31-KKC-1 <br> USM No.    12127-032 <br> <br> Andy Markelonis <br> Defendant's Attorney |

**THE DEFENDANT:**

☒  admitted guilt to violation of condition(s)    1, 2, 3, 4, 5 & 6          of the term of supervision.

☐  was found in violation of condition(s)                            after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Use of oxycodone | 7/11/2017 |
| 2 | Violation of federal, state or local law | 7/11/2017 |
| 3 | Failure to participate in substance abuse treatment | 7/11/2017 |
| 4 | Use of methamphetamine | 7/11/2017 |
| 5 | Violation of federal, state or local law | 7/11/2017 |
| 6 | Obstruction or tampering with efficiency and accuracy of substance testing | 7/11/2017 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)                    and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    6762

Defendant's Year of Birth:    1971

City and State of Defendant's Residence:
Wayland, Kentucky

July 31, 2017
Date of Imposition of Judgment

_Karen K. Caldwell_
Signature of Judge

Honorable Karen K. Caldwell, Chief U.S. District Judge
Name and Title of Judge

8/1/17
Date

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocation
Sheet 2 – Imprisonment

Judgment—Page ___2___ of ___2___

DEFENDANT:       Marion Wade Martin
CASE NUMBER:    7:08-CR-31-KKC-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**TWENTY FOUR (24) MONTHS WITH NO SUPERVISED RELEASE TO FOLLOW**

☐    The court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐   a.m.   ☐   p.m.   on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL